UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 509 EXCAVATING LLC, <br><br> Defendant. | CASE NO. C19-1738 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Motion for Default Judgment, which was filed in April 2021. (See Dkt. No. 12.) In the Motion, Plaintiffs ask the Court to enter default judgment on a sum certain, which includes interest calculated through April 7, 2021. (See Dkt. No. 12-2 at 4.) Given the passage of time, the Court grants Plaintiffs leave to file a supplemental brief

MINUTE ORDER - 1

1 | through which they may request that the default judgment include additional amounts, including
2 | but not limited to the interest requested. Any supplemental briefing must be accompanied by
3 | supporting evidence and must be filed by no later than August 24, 2022.
4 |     The clerk is ordered to provide copies of this order to all counsel.
5 |     Filed August 10, 2022.

                          Ravi Subramanian
                          Clerk of Court

                          s/Serge Bodnarchuk
                          Deputy Clerk

MINUTE ORDER - 2