UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 509 EXCAVATING LLC, <br><br> Defendant. | CASE NO. C19-1738 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Supplemental Brief and supporting declaration. (See Dkt. Nos. 17-18.) The Court requests further information from Plaintiffs to assess the pending Motion for Default Judgment. Specifically, the Court requests that Plaintiffs provide an Excel file showing the calculations and formulas used to calculate the liquidated damages and interest

MINUTE ORDER - 1

1    claimed. The supporting materials filed to date do not allow the Court to reproduce either the

2    liquidated damages or interest calculations that Plaintiffs have provided. In addition, Plaintiffs

3    must explain whether and why the Court should calculate the liquidate damages using the net

4    contributions due ($109,844.59) or the gross contributions due ($159,922.72). The supplemental

5    briefing and supporting evidence must be filed by no later than August 26, 2022. The Excel file

6    should be emailed to PechmanOrders@waws.uscourts.gov.

7        The clerk is ordered to provide copies of this order to all counsel.

8        Filed August 12, 2022.

                                Ravi Subramanian
                                Clerk of Court

                                s/Serge Bodnarchuk
                                Deputy Clerk

MINUTE ORDER - 2